UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN RENEE TRAYLOR AND MICHAEL TRAYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>WYNDHAM RESORT DEVELOPMNT CORPORATION d/b/a WORLDMARK,<br><br>Defendant. | Case No. **2:16-cv-07670-PSJ-AJW**<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiffs, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this 31 st day of July, 2017.

_____
**PHILIP S. GUTIERREZ**
The Honorable Phillip S. Gutierrez